CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
### CRIMINAL DOCKET FOR CASE #: 2:17-cr-00044-EAS-1 *SEALED*
Internal Use Only  21CR10082 JAH

| | |
|---|---|
| Case title: USA v. Acuna | Date Filed: 02/17/2017 |
| Magistrate judge case number: 2:16-mj-00599-EPD | Date Terminated: 05/12/2017 |

Assigned to: Chief Judge Edmund A. Sargus

## Defendant (1)

| | |
|---|---|
| **Jenaro Miranda Acuna**<br>*TERMINATED: 05/12/2017* | represented by **Steven S Nolder**<br>65 E. State Street<br>Suite 200<br>Columbus, OH 43215<br>614-221-9790<br>Fax: 614-358-3598<br>Email: snolder9@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(1) | Defendant sentenced to 33 months imprisonment (minus time served); 5 years supervised release; No fine imposed; No restitution; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 21:846=CD.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Timothy D. Prichard**<br>303 Marconi Blvd<br>Suite 200<br>Columbus, OH 43215<br>614 469-5715<br>Fax: 614 469-5653<br>Email: Tim.Prichard@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

[Email All Attorneys]

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2016 | 1 | COMPLAINT as to Jenaro Miranda Acuna. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |
| 12/06/2016 | 2 | Arrest Warrant Issued by Magistrate Judge Elizabeth Preston Deavers in case as to Jenaro Miranda Acuna. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |
| 12/06/2016 | | Arrest of Jenaro Miranda Acuna. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |
| 12/06/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge Elizabeth Preston Deavers:Initial Appearance as to Jenaro Miranda Acuna held on 12/6/2016. Detention Hearing set for 12/8/2016 02:30 PM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. Preliminary Hearing set for 12/20/2016 02:30 PM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. Dft remanded. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |
| 12/06/2016 | 4 | CJA 23 Financial Affidavit by Jenaro Miranda Acuna. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |
| 12/06/2016 | | CJA 20 as to Jenaro Miranda Acuna: Appointment of Attorney Steven Nolder by Magistrate Judge Elizabeth Preston Deavers on 12/6/2016. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |
| 12/06/2016 | 5 | ORDER OF DETENTION as to Jenaro Miranda Acuna. Detention Hearing set for 12/8/2016 02:30 PM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. Signed by Magistrate Judge Elizabeth Preston Deavers on 12/6/2016. (sln) [2:16-mj-00599-EPD] (Entered: 12/06/2016) |

| | | |
|---|---|---|
| 12/08/2016 | 6 | WAIVER of Detention Hearing by Jenaro Miranda Acuna. (sln) [2:16-mj-00599-EPD] (Entered: 12/08/2016) |
| 12/08/2016 | 7 | ORDER OF DETENTION PENDING TRIAL as to Jenaro Miranda Acuna. Signed by Magistrate Judge Elizabeth Preston Deavers on 12/8/2016. (sln) [2:16-mj-00599-EPD] (Entered: 12/08/2016) |
| 12/08/2016 | 8 | First MOTION to Continue *Preliminary Hearing* by Jenaro Miranda Acuna. (Nolder, Steven) [2:16-mj-00599-EPD] (Entered: 12/08/2016) |
| 12/09/2016 | 9 | ORDER Granting 8 Motion to Continue as to Jenaro Miranda Acuna. Preliminary Hearing reset to 12/28/2016 01:30 PM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. Signed by Magistrate Judge Elizabeth Preston Deavers on 12/28/2016. (sln) [2:16-mj-00599-EPD] (Entered: 12/09/2016) |
| 12/28/2016 | | NOTICE OF CHANGE IN HEARING as to Jenaro Miranda Acuna: Preliminary Hearing reset to 12/29/2016 11:00 AM in Courtroom 220 - Columbus before Magistrate Judge Elizabeth Preston Deavers. (Previously set for 12/28/2016.) (sln) [2:16-mj-00599-EPD] (Entered: 12/28/2016) |
| 12/29/2016 | 10 | WAIVER of Preliminary Hearing by Jenaro Miranda Acuna. (sln) [2:16-mj-00599-EPD] (Entered: 12/29/2016) |
| 01/04/2017 | 11 | Joint MOTION for Extension of Time to Indict New date requested 2/2/2017. by USA as to Jenaro Miranda Acuna. (Prichard, Timothy) [2:16-mj-00599-EPD] (Entered: 01/04/2017) |
| 01/04/2017 | 12 | ORDER Granting 11 Joint Motion for Extension of Time until 2/2/2017 to Indict as to Jenaro Miranda Acuna. Signed by Magistrate Judge Elizabeth Preston Deavers on 1/4/2017. (sln) [2:16-mj-00599-EPD] (Entered: 01/04/2017) |
| 02/01/2017 | 13 | MOTION for Extension of Time to Indict New date requested 3/9/2017. by USA as to Jenaro Miranda Acuna. (Prichard, Timothy) [2:16-mj-00599-EPD] (Entered: 02/01/2017) |
| 02/01/2017 | 14 | ORDER Granting 13 Joint Motion for Extension of Time until 3/9/2017 to Indict as to Jenaro Miranda Acuna. Signed by Magistrate Judge Elizabeth Preston Deavers on 2/1/2017. (sln) [2:16-mj-00599-EPD] (Entered: 02/01/2017) |
| 02/10/2017 | 15 | *SEALED* SEALED MOTION to Seal Writ of Temporary Custody by USA as to Jenaro Miranda Acuna. (er) [2:16-mj-00599-EPD] (Entered: 02/13/2017) |
| 02/10/2017 | 16 | *SEALED* ORDER granting 15 Sealed Motion to Seal Writ of Temporary Custody as to Jenaro Miranda Acuna. Signed by Magistrate Judge Terence P. Kemp on 2/10/2017. (er) [2:16-mj-00599-EPD] (Entered: 02/13/2017) |
| 02/10/2017 | 17 | *SEALED* Sealed Writ of Temporary Custody as to Jenaro Miranda Acuna. Signed by Magistrate Judge Terence P. Kemp on 2/10/2017. (er) [2:16-mj-00599-EPD] (Entered: 02/13/2017) |

| | | |
|---|---|---|
| 02/17/2017 | 18 | MOTION to Seal Case by USA as to Jenaro Miranda Acuna. (mas) (Entered: 02/21/2017) |
| 02/17/2017 | 19 | ORDER granting 18 Motion to Seal Case as to Jenaro Miranda Acuna (1). Signed by Chief Judge Edmund A. Sargus on 2/17/2017. (mas) (Entered: 02/21/2017) |
| 02/17/2017 | 20 | INFORMATION as to Jenaro Miranda Acuna (1) Count 1. (mas) (Entered: 02/21/2017) |
| 02/17/2017 | 21 | PLEA AGREEMENT as to Jenaro Miranda Acuna. (mas) (Entered: 02/21/2017) |
| 02/17/2017 | 22 | ELEMENTS OF THE OFFENSE as to Jenaro Miranda Acuna. (mas) (Entered: 02/21/2017) |
| 02/17/2017 | 23 | (Court only) ***AO 257 as to Jenaro Miranda Acuna. (mas) (Entered: 02/21/2017) |
| 02/21/2017 | 24 | NOTICE OF HEARING as to Jenaro Miranda Acuna: Arraignment on Information set for 2/24/2017 at 10:00 AM in Courtroom 5 - Columbus before Chief Judge Edmund A. Sargus. (mas) (Entered: 02/21/2017) |
| 02/21/2017 | 25 | AMENDED NOTICE OF HEARING (Time Change Only) as to Jenaro Miranda Acuna: Arraignment on Information set for 2/24/2017 at 11:00 AM in Courtroom 5 - Columbus before Chief Judge Edmund A. Sargus. (mas) Modified text on 2/21/2017 (mas). (Entered: 02/21/2017) |
| 02/24/2017 | 26 | Minute Entry for proceedings held before Chief Judge Edmund A. Sargus:Arraignment on Information as to Jenaro Miranda Acuna (1) Count 1 held on 2/24/2017, Guilty Plea entered by Jenaro Miranda Acuna (1) as to Count 1. PSI Ordered. Defendant remanded to USMS custody. (Court Reporter: Darla Coulter) (mas) (Entered: 02/24/2017) |
| 02/24/2017 | 27 | PRESENTENCE REFERRAL sent to Probation as to Jenaro Miranda Acuna. (mas) (Entered: 02/24/2017) |
| 02/24/2017 | 34 | WAIVER OF INDICTMENT by Jenaro Miranda Acuna. (mas) (Entered: 05/10/2017) |
| 02/27/2017 | 28 | Presentence Report Disclosure Notification received as to Jenaro Miranda Acuna. Report to be completed by Lisa M. Dopp. Presentence Investigation Report due by 5/12/2017. (mas) (Entered: 02/27/2017) |
| 04/14/2017 | 29 | NOTICE OF HEARING as to Jenaro Miranda Acuna: Sentencing set for 5/11/2017 at 01:30 PM in Courtroom 5 - Columbus before Chief Judge Edmund A. Sargus. (mas) (Entered: 04/14/2017) |
| 04/14/2017 | 30 | *SEALED* SEALED MOTION to File Both this Motion and Sentencing Memorandum Under Seal by Jenaro Miranda Acuna. (mas) (Entered: 04/14/2017) |
| 04/14/2017 | 31 | *SEALED* ORDER granting 30 Sealed Motion as to Jenaro Miranda Acuna |

| | | |
|---|---|---|
| | | (1). Signed by Chief Judge Edmund A. Sargus on 4/14/2017. (mas) (Entered: 04/14/2017) |
| 04/14/2017 | 32 | *SEALED* SENTENCING MEMORANDUM filed by Defendant Jenaro Miranda Acuna. (mas) (Entered: 04/14/2017) |
| 05/05/2017 | 33 | *SEALED* SEALED MOTION for Downward Departure by USA as to Jenaro Miranda Acuna. (mas) (Entered: 05/05/2017) |
| 05/11/2017 | 35 | Minute Entry for proceedings held before Chief Judge Edmund A. Sargus:Sentencing held on 5/11/2017 for Jenaro Miranda Acuna (1) as to Count 1. Defendant sentenced to 33 months imprisonment (minus time served); 5 years supervised release; No fine imposed; No restitution; $100 special assessment. (Court Reporter: Darla Coulter) (mas) (Entered: 05/12/2017) |
| 05/12/2017 | 36 | JUDGMENT as to Jenaro Miranda Acuna (1) as to Count 1: Defendant sentenced to 33 months imprisonment (minus time served); 5 years supervised release; No fine imposed; No restitution; $100 special assessment. Signed by Chief Judge Edmund A. Sargus on 5/12/2017. (mas) (Entered: 05/12/2017) |
| 05/12/2017 | 37 | *SEALED* SEALED Statement of Reasons re: 36 Judgment. (mas) (Entered: 05/12/2017) |
| 06/01/2017 | | (Court only) ***JS-3 Closing Information updated. (sem) (Entered: 06/01/2017) |
| 03/10/2021 | 38 | *SEALED* Request and Order for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Jenaro Miranda Acuna. The Court orders the modification of conditions as noted Signed by Judge Edmund A. Sargus on 3/10/2021. (Attachments: # 1 Waiver) (cmw) (Entered: 03/10/2021) |
| 07/07/2021 | 39 | *SEALED* Request and Order for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Jenaro Miranda Acuna. The Court orders the modification of conditions as noted Signed by Judge Edmund A. Sargus on 7/7/2021. (cmw) (Entered: 07/07/2021) |