# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF OHIO

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

21CR10082 JAH

| | | |
|---|---|---|
| Name of Offender: | **Jenaro Miranda Acuna** | Case Number: **2:17CR00044 (1)** |
| Name of Sentencing Judicial Officer: | **The Honorable Edmund A. Sargus Jr.**<br>**U.S. District Court Judge**<br>**Southern District of Ohio** | |
| Date of Original Sentence: | **May 11, 2017** | |
| Original Offense: | **Possession With Intent to Distribute 100 Grams or More of Heroin, a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i), a Class B Felony.** | |
| Original Sentence: | **33 Month(s) Incarceration (minus time served)**<br>**60 Month(s) Supervised Release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **November 7, 2018** |

---

### PETITIONING THE COURT

☐ To extend the term of supervision for [ --- ] years, for a total term of [ --- ] years.

☒ **To modify the conditions of supervision as follows:**

"The defendant shall enroll in and successfully complete a residential drug treatment program as directed by the probation officer."

### CAUSE

On November 7, 2018, Mr. Acuna's term of supervised release commenced in the Central District of California (CD/CA). As previously reported to the Court via a 12B petition on March 10, 2021, Mr. Acuna's supervision was transferred to the Southern District of California (SD/CA) on January 15, 2021.

According to Mr. Acuna's supervising probation officer, the offender has recently demonstrated ongoing noncompliance with the conditions of his supervised release. On May 11, 2021, Mr. Acuna failed to appear to a random drug test at GEO Reentry Services, - the SD/CA U.S. Probation Office's contract treatment provider. On May 21, 2021, Mr. Acuna admitted to the probation officer to illicitly using marijuana on April 22, 2021 and cocaine on May 9 and May 19, 2021. Mr. Acuna signed an

admission report in acknowledgment of his drug use. Moreover, on May 26, 2021, Mr. Acuna submitted urine specimens for urinalysis to GEO Reentry Services, with presumptive positive results for cocaine and amphetamines. On June 3, 2021, Mr. Acuna admitted to the probation officer to using methamphetamine and cocaine on May 23, 2021.

Mr. Acuna is requesting to return to compliance and expressed interest in addressing his substance abuse problem in a residential setting. On June 7, 2021, Mr. Acuna signed a Waiver of Hearing, agreeing to modify the conditions of his supervised release to include completion of a residential drug treatment program. Therefore, the probation officer is respectfully recommending a modification to the conditions of his supervised release to include the condition specified in the attached Waiver of Hearing.

Respectfully submitted,

Reviewed & Approved,

*Benjamin Nicholas*
Benjamin Nicholas
U.S. Probation Officer
June 28, 2021

*Vanessa Fletcher*
Vanessa Fletcher
Senior U.S. Probation Officer
June 28, 2021

THE COURT ORDERS:

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other:

s/Edmund A. Sargus, Jr.
Signature of Judicial Officer

7/7/2021
Date

Sealed Under S. D. Ohio Crim. R. 32.2
Unauthorized Disclosure is Prohibited

Name: Janaro M. Acuna

Case: 2:17CR00044
21CR10082 JAH

# United States District Court

## Southern District of Ohio

### Waiver of Hearing to Modify Conditions of Probation

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation:

**The defendant shall enroll in and successfully complete a residential drug treatment program as directed by the probation officer.**

Witness _[signature]_
(U.S. Probation Officer)

Signed _[signature]_
(Probationer Jenaro M. Acuna)

6-7-2021
(Date)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

21CR10082 JAH

| | | |
|---|---|---|
| Name of Offender: | **Jenaro Miranda Acuna** | Case Number: **2:17CR00044 (1)** |
| Name of Sentencing Judicial Officer: | **The Honorable Edmund A. Sargus Jr.** <br> **U.S. District Court Judge** <br> **Southern District of Ohio** | |
| Date of Original Sentence: | **May 11, 2017** | |
| Original Offense: | **Possession With Intent to Distribute 100 Grams or More of Heroin a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i). A Class B Felony.** | |
| Original Sentence: | **33 Month(s) Incarceration (minus time served)** <br> **60 Month(s) Supervised Release** | |
| Type of Supervision: | **Supervised Release**   Date Supervision Commenced: **November 7, 2018** | |

PETITIONING THE COURT

☐ To extend the term of supervision for [ --- ] years, for a total term of [ --- ] years.

☒ **To modify the conditions of supervision as follows:**

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. Submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than four (4) drug tests per month during the term of supervision, unless otherwise ordered by the court.

Submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to

this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

Not enter or reside in the Republic of Mexico without permission of the court or probation officer and comply with both United States and Mexican immigration laws.

## CAUSE

On November 7, 2018, Mr. Acuna's term of supervised release commenced in the Central District of California (CD/CA). He was residing with his long-time girlfriend, Carla Corrales, and their three children. Their relationship became very hostile and on August 24, 2020, Ms. Corrales contacted local police to report Mr. Acuna had sexually assaulted her. She did not want to pursue charges but wanted him removed from the home.

Mr. Acuna advised that the only place he could go was his mother's residence in Calexico, California, since all other family members reside in Mexicali, Mexico. For this reason, Mr. Acuna was given permission to travel to the Southern District of California (SD/CA) and a transfer of supervision request was submitted to the SD/CA.

On November 4, 2020, the SD/CA advised that the transfer of supervision request was denied due to his instability; however, they advised they would accept courtesy supervision and reassess the case in two months.

On January 15, 2021, the SD/CA advised that they will be accepting the case for supervision. However, in order to supervise Mr. Acuna effectively in their district, the SD/CA is requesting a modification to the terms of supervised release to include the preceding conditions. Attached is a 12B waiver willingly signed by Mr. Acuna.

Respectfully submitted,

*Benjamin Nicholas*

Benjamin Nicholas
U.S. Probation Officer
March 10, 2021

Reviewed & Approved,

*Vanessa Fletcher*

Vanessa Fletcher
Senior U.S. Probation Officer
March 10, 2021

THE COURT ORDERS:

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other:

s/Edmund A. Sargus, Jr.
Signature of Judicial Officer

3/10/2021
Date

Sealed Under S. D. Ohio Crim. R. 32.2
Unauthorized Disclosure is Prohibited